LUCY LOFFREDO, an Infant, by CARMELA CERASUOLA, Her Guardian ad Litem, Respondent, v. CARMINE J. LOFFREDO, Appellant.— Order granting additional counsel fee reversed upon the law and the facts, without costs, and motion denied, without costs It was beyond the power of the court to grant an allowance for past services. (Stevens v Stevens, 214 App. Div. 785; Civ. Prac. Act, § 1169.) Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

FLORA H. MacIVOR, Appellant, v. CHARLES H. SCHWARTZMAN and Others, Respondents.— Judgment reversed upon the law and new trial granted, costs to abide the event. It was error to refuse to grant plaintiff's request to submit the questions of fact to the jury. Her motion for the direction of a verdict did not bar her from withdrawing that motion and requesting a submi sion of the questions of fact to the jury (Washington Finance Corporation v. Samuels, 224 App. Div. 672.) Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

LYDIA A. McCANN, Respondent, v. PAUL C. SCHNITZLER and JOSEPH WALTER LEOPOLD, as Administrators, etc., of EMMA CARUS LEOPOLD, Otherwise Known as EMMA CARUS, Deceased, Appellants.— Order as resettled, in so far as appealed from, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for additional security granted, with ten dollars costs, to the extent of requiring plaintiff to file, within ten days from the service of a copy of the order entered herein, additional corporate security in the sum of three thousand seven hundred and fifty dollars. The amount of the attachment and property attached require additional security. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

WILLIAM H. MILES, Appellant, v. HECKER-JONES-JEWELL MILLING COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kapper, Rich, Hagarty, Carswell and Scudder, JJ.

MAX ORNSTEIN, Appellant, v. LENA GOLDBERG and ESTELLE GOLDBERG, Respondents.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice, however, to defendants to move for such relief as may be appropriate under the circumstances. When defendants were in default in serving their answer, their remedy was a motion to open their default, upon appropriate proof, and not a motion to extend their time to answer. The court had no power to grant the latter relief. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.